950

No. 98–9828.  OHLER v. UNITED STATES.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–5153.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 98–1998.  WITHROW ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–9752.  NAUTON v. NEWLAND, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 98–10048.  BRADFORD v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 99–31.  W. R. GRACE & CO.-CONN. ET AL. v. WASHINGTON DEPARTMENT OF REVENUE;
No. 99–38.  BUFFELEN WOODWORKING CO. ET AL. v. WASHINGTON DEPARTMENT OF REVENUE; and
No. 99–223.  WASHINGTON DEPARTMENT OF REVENUE v. W. R. GRACE & CO.-CONN. ET AL.  Sup. Ct. Wash.  Certiorari denied. Reported below: 137 Wash. 2d 580, 973 P. 2d 1011.

No. 99–119.  BRONCO WINE CO. v. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–120.  TUSCHNER & CO., INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 8th Cir.  Certiorari denied.

No. 99–127.  BACH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–135.  WESTERN COAL TRAFFIC LEAGUE v. SURFACE TRANSPORTATION BOARD ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–184.  SULLIVAN v. COUNTY OF SUFFOLK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–185.  MEINHARDT ET AL. v. UNISYS CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.